Order Filed on July 3, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: PNC Bank, National Association | Case No:   18-12927 SLM<br><br>Chapter: 13<br><br>Judge:  Stacey L. Meisel |
| In Re:<br><br>Belinda L. Turkvant,<br><br>      DEBTOR. | |

### CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 3, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:            Belinda L. Turkvant
Case No.:          18-12927 SLM
Caption:           **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property known as 116-18 Emerson Avenue, Plainfield, NJ, 07062, with the consent of Russell L. Low, Esq., counsel for the Debtor, Belinda L. Turkvant,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Claim #10 filed on May 24, 2018 is hereby allowed, and that the Debtor reserves the right to object to the same; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves his right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:        Dated: 6/26/18

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated: 6/25/18

*/s/ Russel L. Low*
RUSSEL L. LOW, ESQ., ATTORNEY FOR DEBTOR