RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**Order Filed on March 28, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Belinda L. Turkvant** | : | CASE NO. 18-12927 |
| Debtors | : | The Honorable Stacey L. Meisel |

### ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION

The relief set forth on the following pages numbered (2) through page (2) is hereby ORDERED.

**DATED: March 28, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors: Belinda L. Turkvant
Case No.: 18-12927-SLM
Caption: **ORDER FOR AUTHORITY TO ENTER INTO A MORTGAGE LOAN MODIFICATION**

---

**THIS MATTER** being brought before the Court by Russell L. Low, Esq., attorney for Debtor, Belinda L. Turkvant, upon the Notice of Motion for Authority to Enter into a Mortgage Loan Modification as to real property located at 116-118 Emerson Ave Plainfield, NJ 07062.

**IT IS ORDERED** that all arrears are to be rolled into the mortgage modification and therefore the Trustee should make no further disbursements on the arrears claim as filed.

**IT IS ORDERED** that the creditor shall modify its claim in accordance with the terms of the modification within 90 days of the entry of this Order.

**IT IS ORDERED** that the debtor shall file a Modified Plan and Amended Schedules I and J within 30 days of the entry of this Order.

~~**IT IS FURTHER ORDERED** and, it appearing that notice of said Motion was properly served upon all parties concerned and this Court, having considered the representation of the attorney for the Debtor, Russell L. Low, Esq., for secured creditor James B. Nutter & Company appearing and for good cause having been shown,~~

**ORDERED AND ADJUDGED AND DECREED** that the Debtor's Motion for Authority to Enter into a Mortgage Loan Modification on the mortgaged property as set forth in the Loan Modification Agreement attached as an Exhibit to the Motion is hereby ~~xxxxxx~~ authorized.