# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12927−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Belinda L. Turkvant
    118 Emerson Ave
    Plainfield, NJ 07062

Social Security No.:
    xxx−xx−5251

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 16, 2018.

On 10/9/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                    November 13, 2019
Time:                    08:30 AM
Location:            Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 10, 2019
JAN: lc

                                                                Jeanne Naughton
                                                                Clerk

```
United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 18-12927-SLM
Belinda L. Turkvant                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2         Date Rcvd: Oct 10, 2019
                              Form ID: 185                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db             +Belinda L. Turkvant,    118 Emerson Ave,    Plainfield, NJ 07062-1521
517333371      +AA ACTION COLLECTION C,    29 COLUMBIA TPKE STE 303,    FLORHAM PARK, NJ 07932-2240
517333373     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: CAINE WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365)
517333374      +CHASE-PIER1,   PO BOX 15298,    WILMINGTON, DE 19850-5298
517425414       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517333377      +DSNB MACYS,   PO BOX 8218,    MASON, OH 45040-8218
517333378      +EXECUTIVE CREDIT MANAG,    4 WATERLOO RD,    STANHOPE, NJ 07874-2653
518504780      +Housing and Urban Development,     451 Seventh Street SW,    Washington DC 20410-0002
517333379      +I C SYSTEM INC,    PO BOX 64378,    SAINT PAUL, MN 55164-0378
517333380      +JAMES B NUTTER & CO,    4153 BROADWAY,    KANSAS CITY, MO 64111-2694
517450358      +James B. Nutter and Company,    4153 Broadway, P.O. Box 10346,     Kansas City, MO 64171-0346
517333389      +Overlook Hospital,    PO Box 35611,    Newark, NJ 07193-5611
517333390      +PNC BANK,   2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4747
517333391      +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
517548673      +PNC Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 94982,    Cleveland, OH 44101-4982
517333394      +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
517333395      +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
517333400       U S DEPT OF ED/GSL/ATL,    PO BOX 4222,    IOWA CITY, IA 52244
517333401      +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609
517662211       US Department of Education,    PO BOX 16448,    St. Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 23:11:34      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 23:11:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 23:19:08
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
517333372      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2019 23:11:12      ANNIE SEZ,
                 401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
517333375      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2019 23:11:12      COMENITYBANK/DRESSBARN,
                 PO BOX 182789,   COLUMBUS, OH 43218-2789
517333376      +E-mail/Text: electronicbkydocs@nelnet.net Oct 10 2019 23:11:36      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,   LINCOLN, NE 68508-1904
517435339       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 10 2019 23:11:41      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
517333381      +E-mail/Text: bncnotices@becket-lee.com Oct 10 2019 23:10:49      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
517333382      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2019 23:11:12      MANDEES,
                 401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
517333383      +E-mail/PDF: pa_dc_claims@navient.com Oct 10 2019 23:19:24      NAVIENT,   PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517472704       E-mail/PDF: pa_dc_claims@navient.com Oct 10 2019 23:19:24      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517333386      +E-mail/Text: bankruptcy@onlineis.com Oct 10 2019 23:11:49      ONLINE COLLECTIONS,   PO BOX 1489,
                 WINTERVILLE, NC 28590-1489
517333392      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 23:20:01
                 PORTFOLIO RECOV ASSOC,   120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4952
517387820       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 23:31:44
                 Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,   POB 41067,   Norfolk VA 23541
517357243       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 10 2019 23:32:15
                 Portfolio Recovery Associates, LLC,    c/o Pier 1 Imports,   POB 41067,   Norfolk VA 23541
517333396     ++E-mail/Text: bankruptcy@savit.com Oct 10 2019 23:11:58      SA-VIT COLLECTION AGEN,
                 46 W FERRIS ST,   EAST BRUNSWICK, NJ 08816-2159
517333397      +E-mail/PDF: pa_dc_claims@navient.com Oct 10 2019 23:20:48      SALLIE MAE,   PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517333398      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 23:19:44      SYNCB/CARE CREDIT,
                 950 FORRER BLVD,   KETTERING, OH 45420-1469
517333399      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 23:20:25      SYNCB/LOWES,   PO BOX 965005,
                 ORLANDO, FL 32896-5005
517335313      +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 23:19:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517333384*     +NAVIENT,   PO BOX 9655,    WILKES BARRE, PA 18773-9655
517333385*     +NAVIENT,   PO BOX 9655,    WILKES BARRE, PA 18773-9655
517333387*     +ONLINE COLLECTIONS,    PO BOX 1489,   WINTERVILLE, NC 28590-1489
517333388*     +ONLINE COLLECTIONS,    PO BOX 1489,   WINTERVILLE, NC 28590-1489
517333393*     +PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,   NORFOLK, VA 23502-4952
517333402*     +US DEP ED,   PO BOX 5609,    GREENVILLE, TX 75403-5609
                                                                                  TOTALS: 0, * 6, ## 0
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Russell L. Low    on behalf of Debtor Belinda L. Turkvant rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor    James B. Nutter and Company ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor    James B. Nutter and Company ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    James B. Nutter and Company ecf@powerskirn.com
                                                                                            TOTAL: 7
```