Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−12927−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Belinda L. Turkvant
  118 Emerson Ave
  Plainfield, NJ 07062

Social Security No.:
  xxx−xx−5251

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/9/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 9, 2020
JAN: ntp

                                                              Jeanne Naughton
                                                              Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                       Case No. 18-12927-SLM
Belinda L. Turkvant                                                          Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Jan 09, 2020
                               Form ID: 148                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db             +Belinda L. Turkvant,    118 Emerson Ave,    Plainfield, NJ 07062-1521
517333371      +AA ACTION COLLECTION C,    29 COLUMBIA TPKE STE 303,    FLORHAM PARK, NJ 07932-2240
517333373     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: CAINE WEINER,     PO BOX 5010,    WOODLAND HILLS, CA 91365)
517333378      +EXECUTIVE CREDIT MANAG,    4 WATERLOO RD,    STANHOPE, NJ 07874-2653
518504780      +Housing and Urban Development,    451 Seventh Street SW,    Washington DC 20410-0002
517333380      +JAMES B NUTTER & CO,    4153 BROADWAY,    KANSAS CITY, MO 64111-2694
517450358      +James B. Nutter and Company,    4153 Broadway, P.O. Box 10346,    Kansas City, MO 64171-0346
517333389      +Overlook Hospital,    PO Box 35611,    Newark, NJ 07193-5611
517333390      +PNC BANK,    2730 LIBERTY AVE,    PITTSBURGH, PA 15222-4747
517333391      +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
517548673      +PNC Bank, N.A.,    Attn: Bankruptcy,    P.O. Box 94982,    Cleveland, OH 44101-4982
517333394      +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
517333395      +REMEX INC,    307 WALL ST,    PRINCETON, NJ 08540-1515
517333400       U S DEPT OF ED/GSL/ATL,    PO BOX 4222,    IOWA CITY, IA 52244
517333401      +US DEP ED,    PO BOX 5609,    GREENVILLE, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 10 2020 04:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517333372      +EDI: WFNNB.COM Jan 10 2020 04:38:00      ANNIE SEZ,    401 HACKENSACK AVE,
                 HACKENSACK, NJ 07601-6411
517333374      +EDI: CHASE.COM Jan 10 2020 04:38:00      CHASE-PIER1,    PO BOX 15298,
                 WILMINGTON, DE 19850-5298
517333375      +EDI: WFNNB.COM Jan 10 2020 04:38:00      COMENITYBANK/DRESSBARN,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
517425414       EDI: BL-BECKET.COM Jan 10 2020 04:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517333376      +E-mail/Text: electronicbkydocs@nelnet.net Jan 10 2020 00:10:21      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
517333377      +EDI: TSYS2.COM Jan 10 2020 04:38:00      DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517333379      +EDI: IIC9.COM Jan 10 2020 04:38:00      I C SYSTEM INC,    PO BOX 64378,
                 SAINT PAUL, MN 55164-0378
517435339       EDI: JEFFERSONCAP.COM Jan 10 2020 04:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517435339       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2020 00:10:27      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517333381      +E-mail/Text: bncnotices@becket-lee.com Jan 10 2020 00:09:42      KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
517333382      +EDI: WFNNB.COM Jan 10 2020 04:38:00      MANDEES,    401 HACKENSACK AVE,
                 HACKENSACK, NJ 07601-6411
517333383      +EDI: NAVIENTFKASMSERV.COM Jan 10 2020 04:38:00      NAVIENT,    PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517472704       EDI: NAVIENTFKASMSERV.COM Jan 10 2020 04:38:00      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,     PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517333386      +E-mail/Text: bankruptcy@onlineis.com Jan 10 2020 00:10:45      ONLINE COLLECTIONS,    PO BOX 1489,
                 WINTERVILLE, NC 28590-1489
517333392      +EDI: PRA.COM Jan 10 2020 04:38:00      PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,
                 NORFOLK, VA 23502-4952
517387820       EDI: PRA.COM Jan 10 2020 04:38:00      Portfolio Recovery Associates, LLC,    c/o Lord & Taylor,
                 POB 41067,    Norfolk VA 23541
517357243       EDI: PRA.COM Jan 10 2020 04:38:00      Portfolio Recovery Associates, LLC,    c/o Pier 1 Imports,
                 POB 41067,    Norfolk VA 23541
517333396      +E-mail/Text: bankruptcy@savit.com Jan 10 2020 00:10:57      SA-VIT COLLECTION AGEN,
                 46 W FERRIS ST,    EAST BRUNSWICK, NJ 08816-2159
517333397      +EDI: NAVIENTFKASMSERV.COM Jan 10 2020 04:38:00      SALLIE MAE,    PO BOX 9655,
                 WILKES BARRE, PA 18773-9655
517333398      +EDI: RMSC.COM Jan 10 2020 04:38:00      SYNCB/CARE CREDIT,    950 FORRER BLVD,
                 KETTERING, OH 45420-1469
517333399      +EDI: RMSC.COM Jan 10 2020 04:38:00      SYNCB/LOWES,    PO BOX 965005,    ORLANDO, FL 32896-5005
517335313      +EDI: RMSC.COM Jan 10 2020 04:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517662211       EDI: ECMC.COM Jan 10 2020 04:38:00      US Department of Education,    PO BOX 16448,
                 St. Paul, MN 55116-0448
                                                                                              TOTAL: 26
```

```
District/off: 0312-2          User: admin               Page 2 of 2                   Date Rcvd: Jan 09, 2020
                              Form ID: 148              Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517333384*       +NAVIENT,    PO BOX 9655,    WILKES BARRE, PA 18773-9655
517333385*       +NAVIENT,    PO BOX 9655,    WILKES BARRE, PA 18773-9655
517333387*       +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE, NC 28590-1489
517333388*       +ONLINE COLLECTIONS,    PO BOX 1489,    WINTERVILLE, NC 28590-1489
517333393*       +PORTFOLIO RECOV ASSOC,    120 CORPORATE BLVD STE 1,    NORFOLK, VA 23502-4952
517333402*       +US DEP ED,   PO BOX 5609,    GREENVILLE, TX 75403-5609
                                                                                             TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Belinda L. Turkvant rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    James B. Nutter and Company ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    James B. Nutter and Company ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    James B. Nutter and Company ecf@powerskirn.com
                                                                                             TOTAL: 7
```